In the Matter of the Claim of AMOS PLOUFF, SR., et al., Appellants, against PORT HENRY LIGHT, HEAT AND POWER COMPANY et al., Respondents.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued April 15, 1929; decided April 30, 1929.)

*Walter A. Fullerton* and *Edward W. Barrett* for appellants.

*Harry E. Wareham* for defendants-respondents.

*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for State Industrial Board, respondent.

Order affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.